

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00105-CV

| | | |
|---|---|---|
| Northwest Independent School District | § | From the 141st District Court |
| | § | of Tarrant County (141-210251-05) |
| | § | June 19, 2014 |
| v. | § | Opinion by Chief Justice Livingston |
| | § | Concurrence and Dissent by Justice Dauphinot |
| | § | |
| Carroll Independent School District | § | Concurrence and Dissent by Justice Gardner |

## JUDGMENT

Having granted appellee Carroll Independent School District's motion for en banc reconsideration, we withdraw our prior judgment of February 16, 2012 and substitute the following.

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. We affirm the trial court's denial of appellant Northwest Independent School District's plea to the jurisdiction to the limited extent that appellee Carroll Independent School District seeks a

declaratory judgment regarding the meaning of the orders and judgments creating the actual boundary location between the two school districts. We reverse the trial court's order denying appellant's plea to the jurisdiction to the extent that appellee seeks to contest and challenge appellant's 1948 and 1949 elections, and the subsequent orders creating appellant and its boundaries, in an attempt to move the existing boundary between the two districts. We remand the case to the trial court for further proceedings on appellee's declaratory judgment claim.

It is further ordered that each party shall pay its own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston                           
        Chief Justice Terrie Livingston